UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
FILE NO. 1:96CR7-1

FILED
ASHEVILLE, N. C.
JUL - 5 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | ORDER FOR RELEASE |
| : | OF PRESENTENCE REPORT |
| MILLIS SHAKILYA BRYSON : | |

THIS matter is before the Court pursuant to the Defendant's motion for release of his Presentence Report to his appellate counsel. The Court has considered the Defendant's motion and finds that, for good cause, the Defendant's motion should be granted.

THEREFORE, IT IS ORDERED that the U.S. Probation Office for the Western District of North Carolina release and forward a copy of the Defendant's Presentence Report to his appellate attorney, Thomas N. Cochran, 101 South Elm Street, Suite 210, Greensboro, North Carolina, 27401.

So Ordered this 5th day of July, 2005.

LACY H. THORNBURG
U.S. District Judge